**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN AARON FEEDER,                        ) | Case No. 2:13-cv-00860-GMN-NJK |
|                    Plaintiff,   ) | **ORDER** |
| vs.                                                                ) | (IFP App - Dkt. #1) |
| GLOBAL INDUSTRIAL INC., et al           ) | |
|                    Defendants. ) | |

This matter is before the court on Plaintiff Steven Aaron Feeder's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed May 16, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

The currently-submitted Application to Proceed *In Forma Pauperis* is incomplete. Plaintiff has not responded fully to question 3– namely, he fails to describe the amount received and what he expects to receive in the future. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **June 19, 2013,** in which to submit a properly-completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 20th day of May, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE