UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN AARON FEEDER,<br><br>    Plaintiff(s),<br><br>v.<br><br>GLOBAL INDUSTRIAL, INC., et al.,<br><br>    Defendant(s). | 2:13-cv-00860-GMN-NJK<br><br>**REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Plaintiff Steven Aaron Feeder is proceeding in this action *pro se*. Plaintiff filed a Complaint on May 16, 2013. Docket No. 1. Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the pursuant to 28 U.S.C. § 1915(e). Docket No. 4. The Court found that Plaintiff's Complaint failed to state a claim and allowed Plaintiff thirty days, until July 10, 2013, to file an amended complaint. The Court indicated that "[f]ailure to comply with this Order will result in the recommended dismissal of this case, without prejudice." Docket No. 4 at 4. Plaintiff has neither filed an amended complaint nor requested an extension of time nor taken any other action to prosecute this case.

Accordingly, **IT IS THE RECOMMENDATION** of the undersigned United States Magistrate Judge that this case be **DISMISSED.**

**NOTICE**

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation**

**must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: July 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge