# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN AARON FEEDER, ) | |
| ) | Case No.: 2:13-cv-00860-GMN-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| GLOBAL INDUSTRIAL, INC., et al., ) | **JUDGE NANCY J. KOPPE** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered July 22, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by August 8, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be and is hereby **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is hereby **DISMISSED without prejudice,** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly, and shall thereafter close this case.

**DATED** this 22nd day of August, 2013.

_____
Gloria M. Navarro
United States District Judge